IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

    Plaintiff,                    No. CIV S-08-0517 JAM GGH P

    vs.

JAMES WALKER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2008, the court found that the original complaint stated a colorable claim for relief and ordered plaintiff to submit forms necessary to effect service.

        On April 24, 2008, plaintiff filed an amended complaint. Accordingly, the court will screen the amended complaint. Fed. R. Civ. P. 15.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Walker, Just, Thompson.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,

an instruction sheet and a copy of the amended complaint filed April 24, 2008.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Four copies of the endorsed amended complaint filed April 24, 2008.

      4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 05/08/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sta517.ame

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

      Plaintiff,                                No. CIV S-08-0517 LEW GGH P

      vs.

JAMES WALKER, et al.,                  <u>NOTICE OF SUBMISSION</u>

      Defendants.                          <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           _____    completed summons form

           _____    completed USM-285 forms

           _____    copies of the _____
                                                    Complaint/Amended Complaint

DATED:

                                                 _____
                                                 Plaintiff