IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

        Plaintiff,                     No. CIV S-08-0517 JAM GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On May 8, 2008, the court found that the amended complaint filed April 24, 2008, stated a colorable claim for relief. The court ordered plaintiff to return the forms necessary to effect service within thirty days.

        On May 5, 2005, plaintiff filed a second amended complaint. The second amended complaint appears virtually identical to the April 24, 2008, amended complaint. Accordingly, the second amended complaint filed May 5, 2008, is disregarded.

        Accordingly, IT IS HEREBY ORDERED that the second amended complaint filed May 5, 2008, is disregarded.

DATED: 05/23/08

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

stat517.ame

1