IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

        Plaintiff,                  No. CIV S-08-0517-JAM-GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' August 25, 2008 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 11, 2008 request for an extension of time (Docket #22) is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file his opposition.  Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 09/19/08

                                                                    /s/ Gregory G. Hollows

                                                                    GREGORY G. HOLLOWS
                                                                    UNITED STATES MAGISTRATE JUDGE

GGH:cm
stat0517.36