IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

    Plaintiff,      No. CIV S-08-0517 JAM GGH P

  vs.

JAMES WALKER, et al.,

    Defendants.      <u>ORDER</u>

_____/

    On February 17, 2009, the court granted defendants' motion to dismiss and judgment was entered. On March 4, 2009, plaintiff filed a request for extension of time to file motions pursuant to Fed. R. Civ. P. 59 and 60. Plaintiff states that is waiting for copies of these motions to be returned to him from Attorneys Diversified Services.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 4, 2009, request for extension of time is granted;

    2. Plaintiff is granted thirty days from the date of this order to file his motions pursuant to Fed. R. Civ. P. 59 and 60.

DATED: March 12, 2009

                      /s/ Gregory G. Hollows

stat517.eot                 GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE