IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

      Plaintiff,                      No. CIV S-08-0517 JAM GGH P

      vs.

JAMES WALKER, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Pending before the court is plaintiff's motion to amend the judgment and for relief from the judgment pursuant to Fed. R. Civ. P. 59 and 60(b). After reviewing the record, the court finds that the motion is without merit.[1]

      Accordingly, IT IS HEREBY ORDERED that plaintiff's April 8, 2009, motion to amend the judgment (no. 39) is denied.

DATED: April 29, 2009

                                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE

stat517.ord

---

[1] In the motion, plaintiff states that he is raising a claim alleging deprivation of his property in violation of his right to due process. Plaintiff seeks leave to amend to include such a claim. This claim was not raised in the operative first amended complaint. Plaintiff may not file an amended complaint to include a new claim following entry of judgment.

1